11th Court of Appeals

 Eastland, Texas

  Memorandum Opinion

 

In re James R. Cosper, individually; Pat Ortega, 

individually; and Y2K Management, Inc.                       

 

No. 11-03-00241-CV B Original Mandamus Proceeding

 

Relators
have filed in this court a notice to withdraw both their petition for writ of
mandamus and their motion for emergency stay. 
Relators state that the parties in the underlying suit have reached a
settlement.

 The petition for writ of mandamus is dismissed.

 

PER
CURIAM

 

September 11, 2003

Not designated for
publication.  See TEX.R.APP.P.  47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.